SCHEDULE OF PROTESTS

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **MAPLE LEAF MARKETING, INC.**<br><br>                              **Plaintiff,**<br>           v.<br><br>**THE UNITED STATES**<br><br>                              **Defendant**. | **S U M M O N S**<br><br>**Court No.  21-00181** |

**TO:**   The Attorney General and the Secretary of the Treasury:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. 1581(a) to contest the denial of the protest specified below (and the protests listed in the attached schedule).

                                        **/s/ Mario Toscano**
                                        Clerk of the Court

**PROTEST**

| **Port of Entry:** 3310 Sweetgrass MN | **Date Protest Filed**:          see attached schedule |
|---|---|
| **Protest Number:**   see attached schedule | **Date Protest Denied:**          see attached schedule |
| **Importer:**  Maple Leaf Marketing, Inc. ||
| **Category of Merchandise**:   altered steel tubing ||

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Exclusion | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See attached schedule | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| US Customs & Border Protection<br>Port Director<br>39825 Interstate 15<br>Sweetgrass, MT 59484 | Richard F O'Neill<br>Neville Peterson LLP<br>999 Third Avenue, Suite 2525<br>Seattle WA  98104<br>(206) 518-9335<br>roneill@npwny.com |

# SCHEDULE OF PROTESTS

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | **Statutory Basis** | **Statement of Value** |
| **Appraised:** | | |
| **Protest Claim:** | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | **Assessed** | | **Protest Claim** | |
| **Merchandise** | **Paragraph or Item Number** | **Rate** | **Paragraph or Item Number** | **Rate** |
| The EndurAlloy™ steel tubing is primarily classified as "other alloy steel" of either subheading 7306.29.8110, HTSUS (if ERW tubing), or subheading 7304.29.6115, HTSUS (if seamless tubing). The EndurAlloy™ steel tubing is also secondarily classified under subheading 9802.00.50, HTSUS. | | | | |

**Other**

**State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:**

Liquidation of entries with assessment of duties under subheading 9903.88.03, HTSUS, and CBP's refusal to issue refunds pursuant to favorable BIS Decisions to grant Section 232 Exclusions applicable on the subject merchandise.

**The issue which was common to all such denied protests:**
Whether, and in what amount, section 232 duties should be assessed on goods entered from Canada and eligible for secondary classification under subheading 9802.00.50, HTSUS.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

                                                   /s Richard F. O'Neill
                                                   *Signature of Plaintiff's Attorney*

                                                   April 21, 2021
                                                   *Date*

SCHEDULE OF PROTESTS

| Protest Number | Date Protest Filed | Date Protest Denied | Entry No. | Entry Date | Liquidation Date |
|---|---|---|---|---|---|
| 3310-19-100071 | November 19, 2019 | January 6, 2021 | 55183550462 | 06/25/2018 | 05/24/2019 |
| | | | 55183524079 | 06/26/2018 | 05/24/2019 |
| | | | 55183554787 | 06/26/2018 | 05/24/2019 |
| | | | 55183575402 | 06/26/2018 | 05/24/2019 |
| | | | 55183741186 | 07/06/2018 | 06/07/2019 |
| | | | 55183796701 | 07/10/2018 | 06/07/2019 |
| | | | 55183808365 | 07/11/2018 | 06/07/2019 |
| | | | 55183833066 | 07/13/2018 | 06/14/2019 |
| | | | 55183951363 | 07/18/2018 | 06/14/2019 |
| | | | 55184001036 | 07/22/2018 | 06/14/2019 |
| | | | 55184031132 | 07/23/2018 | 06/14/2019 |
| | | | 55184102412 | 07/26/2018 | 06/21/2019 |
| | | | 55184157127 | 07/30/2018 | 06/28/2019 |
| | | | 55184187587 | 08/01/2018 | 06/28/2019 |
| | | | 55184225932 | 08/02/2018 | 06/28/2019 |
| | | | 55184309850 | 08/08/2018 | 10/11/2019 |
| | | | 55184363626 | 08/13/2018 | 10/11/2019 |
| | | | 55184466189 | 08/16/2018 | 10/11/2019 |
| | | | 55184791529 | 09/04/2018 | 10/11/2019 |
| | | | 55184803001 | 09/05/2018 | 10/11/2019 |
| | | | 55184791396 | 09/06/2018 | 10/11/2019 |
| | | | 55184880314 | 09/11/2018 | 10/11/2019 |
| | | | 55184880413 | 09/16/2018 | 10/11/2019 |
| | | | 55185191901 | 09/25/2018 | 10/11/2019 |
| | | | 55185191752 | 09/26/2018 | 10/11/2019 |
| | | | 55185338460 | 10/03/2018 | 10/18/2019 |
| | | | 55185395510 | 10/05/2018 | 10/11/2019 |
| | | | 55185431166 | 10/10/2018 | 10/11/2019 |
| | | | 55185451115 | 10/10/2018 | 10/25/2019 |
| | | | 55185453350 | 10/11/2018 | 10/11/2019 |
| | | | 55185624232 | 10/24/2018 | 10/11/2019 |
| | | | 55185739725 | 10/28/2018 | 11/01/2019 |
| | | | 55185744246 | 10/29/2018 | 11/01/2019 |
| | | | 55185929623 | 11/07/2018 | 10/25/2019 |
| | | | 55186041568 | 11/13/2018 | 11/01/2019 |
| | | | 55186145708 | 11/19/2018 | 10/25/2019 |
| | | | 55186147506 | 11/20/2018 | 10/25/2019 |
| | | | 55186167884 | 11/20/2018 | 10/25/2019 |
| | | | 55186167959 | 11/20/2018 | 11/01/2019 |
| | | | 55186330953 | 11/29/2018 | 10/25/2019 |
| | | | 55186544710 | 12/11/2018 | 10/25/2019 |
| | | | 55186570673 | 12/12/2018 | 10/18/2019 |
| | | | 55186578601 | 12/13/2018 | 11/01/2019 |

**SCHEDULE OF PROTESTS**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | 55186672263 | 12/18/2018 | 10/18/2019 |
|  |  |  | 55186695231 | 12/19/2018 | 10/18/2019 |
|  |  |  | 55186741985 | 12/28/2018 | 11/01/2019 |
|  |  |  | 55187099292 | 01/16/2019 | 10/11/2019 |
|  |  |  | 55187144981 | 01/18/2019 | 11/01/2019 |
|  |  |  | 55187118944 | 01/20/2019 | 11/01/2019 |
|  |  |  | 55187144916 | 01/20/2019 | 10/11/2019 |
|  |  |  | 55187266438 | 01/27/2019 | 11/01/2019 |
|  |  |  | 55187305228 | 01/28/2019 | 10/11/2019 |
|  |  |  | 55187420456 | 02/04/2019 | 10/11/2019 |
|  |  |  | 55187540709 | 02/11/2019 | 10/11/2019 |
|  |  |  | 55187577610 | 02/13/2019 | 10/18/2019 |
| 3310-20-100100 | February 7, 2020 | January 7, 2021 | 55187959479 | 03/07/2019 | 01/31/2020 |
|  |  |  | 55187954421 | 03/07/2019 | 01/31/2020 |
|  |  |  | 55187793555 | 02/26/2019 | 01/24/2020 |
|  |  |  | 55187841107 | 02/28/2019 | 01/24/2020 |
|  |  |  | 55187737024 | 02/23/2019 | 01/24/2020 |
|  |  |  | 55187713090 | 02/21/2019 | 01/17/2020 |
|  |  |  | 55187672684 | 02/19/2019 | 01/17/2020 |
|  |  |  | 55187619123 | 02/15/2019 | 01/17/2020 |